```
1  Robert D. Wilkinson      #100478
   BAKER MANOCK & JENSEN, PC
2  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
3  Telephone: 559.432.5400
   Facsimile: 559.432.5620
4

5  Attorneys for  JENNIFER LOU DAHLMAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER LOU DAHLMAN,<br><br>　　　　　Defendant. | CASE No. 2:09-CR-00062 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: October 16, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

The parties hereto, through authorized counsel, hereby stipulate that the status conference currently set for October 16, 2012, at 9:15 a.m., be continued for further status conference to January 23, 2013, at 9:15 a.m., or until a date and time thereafter convenient for the Court.

DATED: October 11, 2012

Benjamin B. Wagner
United States Attorney

By /s/ Matthew D. Segal
Matthew D. Segal
Assistant U.S. Attorney
Attorneys for Plaintiff UNITED STATES OF AMERICA

/ / /

/ / /

/ / /

1189892v1 / 16440.0001

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

DATED:  October 11, 2012         BAKER MANOCK & JENSEN, PC


By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant JENNIFER LOU DAHLMAN

**ORDER**

that the status conference currently set for October 16, 2012, at 9:15 a.m., be continued to January 23, 2013, at 9:15 a.m.

DATED:  October 15, 2012

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT